UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                          CASE NO.:   3:15-bk-02267-PMG

BERNETTA LANG,

    Debtor.

_____

(X) Amended Chapter 13 Plan                              ( ) Chapter 13 Plan

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan Payment |
|---|---|
| 1-60 (June, 2015 –June, 2020) | $934.26 |

The Debtor(s) shall pay by **money order/cashier's check** or **wage deduction**, to **Douglas W. Neway, Chapter 13 Standing Trustee, PO Box 2079, Memphis, Tennessee 38101-2079**. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by Court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|
| Gerald B. Stewart | $2,250.00 | $112.50 | 1-20 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

| Name of Creditor | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|

NONE
**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|
| **CitiMortgage** | $75,000.00 | $600.00 | 1-60 |
| (Mortgage on homestead at 9615 Scadlicke Rd., Jacksonville, FL 32208) | | | |
| **SpringLeaf Financial** | $7,700.00 | $128.33 | 1-60 |
| (2nd Mortgage on homestead at 9615 Scadlicke Rd., Jacksonville, FL 32208) Credit) filed. | | | |
| **One to One** | $5,000.00 | This debtor will surrendered this to the bank. | |
| (2009 Kia Spectra) | | | |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|

NONE

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|

NONE

**Property to be Surrendered:**

| Creditor Name: | Property Address: |
|---|---|

NONE

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|

NONE

**Executory Contractors:**
**The following Executory Contracts are assumed**

| Name of Creditor | Description of Collateral | Month Number: |
|---|---|---|

NONE

**Lien to be avoided pursuant to 11 U.S.C. Section 522(f):** NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro-rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Unsecured creditors shall receive **$112.50** per month for months 21-60 Approximately percentage:

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, or upon completion of all plan payments and the discharge of Debtors(s).

**Other Provisions:** Any claims filed after **September 21, 2015** shall receive no distribution under this plan unless specifically provided for above.

## CERTIFICATE OF SERVICE

I/WE HEREBY CERTIFY that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to all Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 21st day of July, 2015.

/s/ Gerald B. Stewart
**GERALD B. STEWART, ESQUIRE**
**Florida Bar No.: 285412**
24 N. Market Street, Suite 402
Jacksonville, FL  32202
904.353.8876
904.356.2776 (Facsimile)
Stewartlaw7272@gmail.com
*Attorney for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:15-bk-02267-PMG<br>Middle District of Florida<br>Jacksonville<br>Tue Jul 21 16:54:10 EDT 2015 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables, FL 33146-1837 | United States Trustee - JAX 13/7 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| (p)121 FINANCIAL CREDIT UNION<br>PO BOX 16688<br>JACKSONVILLE FL 32245-6688 | American Recovery Syst<br>PO Box 56136<br>Jacksonville, Florida 32241-6136 | Bayview Loan Servicing, LLC<br>4425 ponce De Leon Blvd.<br>5th Floor<br>Coral Gables, Florida 33146-1837 |
| CITI Financial<br>PO Box 6931<br>The Lakes, NV 88901-6931 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Citi Mortgage<br>PO Box 688971<br>Des Moines, IA 50368-8971 |
| City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | Collection Company of America<br>700 Longwater Dr.<br>Norwell, MA 02061-1796 | Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 |
| Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville, Florida 32202-3380 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | GECRB/JC Penny<br>Po Box 103104<br>Rosewell, Georgia 30076-9104 |
| GEMB/Sams Club<br>Po Box 981400<br>El Paso, Texas 79998-1400 | Gainsco Auto Insurance<br>PO Box 199023<br>Dallas, Florida 75219-9023 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Joseph J. Abid, DDS<br>1185 S Lane Ave<br>Jacksonville, Florida 32205-6208 | Lane Bryant<br>PO Box 84048<br>Columbus, Georgia 31908-4048 | Memorial Hospital Jacksonville<br>PO Box 84048<br>2703 N Highway 75<br>Columbus, Georgia 31908-4048 |
| (p)MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 | PO Box 71083<br>Charlotte, North Carolina 28272-1083 | Praxis Financial Solutions<br>7301 N. Lincoln Ave<br>Ste 110<br>Lincolnwood, IL 60712-1733 |
| Quest Diagnostics Inc<br>PO Box 740698<br>Cincinnati, OH 45274-0698 | Spingleaf Financial<br>PO Box 3251<br>Evansville, Indiana 47731-3251 | The Home Deport/ CBSD<br>PO Box 6497<br>Sioux Falls, South Dakota 57117-6497 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Bernetta Lang<br>9615 Scadlocke Rd.<br>Jacksonville, FL 32208-7027 |

Douglas W. Neway
P O Box 4308
Jacksonville, FL 32201-4308

Gerald B Stewart
Law Office of Gerald B. Stewart
24 North Market Street
Suite 402
Jacksonville, FL 32202-2848

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

121 Financial Credit Union
PO Box 16688
Jacksonville, Florida 32245

NCO Fin/09
PO Box 8547
Philadelphia, Pennsylvania 19101

VyStar Credit Union
PO Box 45085
Jacksonville, Florida 32232

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Capital One

(u)Collection Company of America
Longwater

End of Label Matrix
Mailable recipients   31
Bypassed recipients    2
Total                 33